

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2015

No. 04-15-00744-CV

Kendale **LEE**,
Appellant

v.

**TERRA VISTA CORP. AGENT FOR, WESTWOOD PLAZA APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV06401
Honorable Walden Shelton, Judge Presiding

## O R D E R

On November 24, 2015, appellant filed a motion, seeking to stop an eviction <u>on November 27, 2015</u>. After review, we **DENY** appellant's motion. *See* TEX. PROP. CODE § 24.007 (West Supp. 2015).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court